UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Earl Lowry**                                    **Docket No. 2:02-CR-13-1F**

### Petition for Action on Supervised Release

COMES NOW Dwayne K. Benfield, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert Earl Lowry , who, upon an earlier plea of guilty to Distribution of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1) and Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on July 17, 2007, to the custody of the Bureau of Prisons for a term of 228 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On April 18, 2013, the sentence of imprisonment was reduced to 135 months pursuant to 18 U.S.C. § 3582(c)(2).

Robert Earl Lowry was released from custody on June 17, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 17, 2015, the defendant submitted to a urinalysis screening which was confirmed positive for cocaine metabolite by Alere Laboratories on January 3, 2016. When confronted with the results of the screening, the defendant denied cocaine use; nevertheless, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall adhere to a curfew of 9:00 PM to 5:00 AM for a period not to exceed 30 days.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2336
Executed On: January 20, 2016

Robert Earl Lowry
Docket No. 2:02-CR-13-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___20___ day of __January__ _____, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_____
James C. Fox
Senior U.S. District Judge